# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **TERRY R. NOE,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 4:24-cv-1126-AMM-NAD |
| **SUMMER MCWHORTER SUMMERFORD,** *et al.*, | ) |
| **Defendants.** | ) |

## **MEMORANDUM OPINION**

The magistrate judge entered a report on March 17, 2025, recommending the court dismiss this case pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b), because the defendants are immune from suit. Doc. 11. On April 9, 2025, the magistrate judge noted the plaintiff had been transferred to the Jackson County Jail, updated the plaintiff's address, and ordered that the report and recommendation be re-sent to the plaintiff at his updated address. Doc. 12. The magistrate judge notified the plaintiff of his right to file specific, written objections within fourteen days, Doc. 11 at 9–10, but that time has expired without any objections having been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's report and recommendation, the court **ADOPTS** the report and **ACCEPTS** the recommendation.  Consistent with that recommendation and 28 U.S.C. § 1915A(b), the court finds that this action is due to

be **DISMISSED WITHOUT PREJUDICE** because the defendants are immune from suit.

A Final Judgment will be entered.

**DONE** and **ORDERED** this 1st day of May, 2025.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE